STUART M. GORDON (SBN: 37477)
FLETCHER C. ALFORD (SBN: 152314)
EDWARD R. FITZGERALD (SBN: 227218)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WYETH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HORNER, Individually and as Successor-in-Interest to the Estate of LELA KAYE HORNER, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>WYETH d/b/a WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; BARR LABORATORIES, INC.; BARR PHARMACEUTICALS, INC.<br><br>Defendants. | CASE NO. C 05 4317JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO THE MDL**<br><br>Action Filed: October 24, 2005 |

-1-

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO. C 05 4317JSW

1   It is STIPULATED by plaintiff and defendant Wyeth that the above-captioned matter
2   shall be STAYED for 60 days and that dates currently set by this Court be taken off calendar,
3   pending transfer to the In re Prempro Prods. Liab. Litig. Multidistrict Litigation ("MDL")
4   proceeding (MDL No. 1507) pending in the United States District Court for the Eastern District
5   of Arkansas (the "MDL Court"). All deadlines including, but not limited to, defendants' time to
6   file a responsive pleading shall be extended until 30 days after transfer to the MDL Court is
7   effective, or as otherwise ordered by the MDL Court.
8   IT IS SO STIPULATED.

10  DATED: December 30, 2005                    GORDON & REES, LLP

12                                              By: /s/ Edward R. Fitzgerald
13                                              Edward R. Fitzgerald
                                                Attorneys for Defendant Wyeth

15  DATED: December 20, 2005                    STEBNER AND ASSOCIATES

17                                              By: /s/
                                                Kathryn A. Stebner
18                                              Attorney for Plaintiff

19  IT IS SO ORDERED.
20  DATED: ~~December ___, 2005~~
21  January 12, 2006

22                                              By: /s/ Jeffrey S. White
                                                HON. JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT COURT JUDGE